**Uffie Wieties, appellee, v. James C. Davis, director general of railroads, operating Illinois Central Railroad, appellant.**

Suit for damages for destruction of automobile on railroad crossing, by train.   Judgment for plaintiff.   Appeal from the Circuit
Court of Sangamon county; the Hon. E. S. Smith, Judge, presiding.

Heard in this court at the October term, 1922. Affirmed. Opinion filed April 23, 1923.

Graham & Graham, for appellant; John G. Drennan, of counsel. Andrus, Trutter & Crow, for appellee.

Mr. Presiding Justice Niehaus delivered the opinion of the court.